**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 13, 2019

**BY ECF and EMAIL**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Angel Tomas Ortiz*, **No. 19 Cr. 198 (KPF)**

Dear Judge Failla:

    The Government requests, with the consent of defense counsel, to exclude time pursuant to 18 U.S.C. § 3161(h)(7)(A) from November 15, 2019 until trial, which is scheduled for March 9, 2020. The Government requests to exclude time in the interest of justice in order to allow the parties to continue their plea discussions and simultaneously to allow defense counsel to prepare for trial.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: *Cecilia Vogel*
    Cecilia E. Vogel
    Assistant United States Attorneys
    (212) 637-1084

cc: Tamara Giwa, Esq. (by ECF and email)

Application GRANTED.  Trial in this matter is scheduled to begin March 9, 2020.  It is further ORDERED that time is excluded under the Speedy Trial Act between November 15, 2019 and March 9, 2020.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition and also allow defense counsel to prepare for trial.

Dated: November 13, 2019    SO ORDERED.
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE