UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :
                                             :
                    Plaintiff,               :
                                             :    19cr198 (KPF)
          v.                                 :
                                             :    ORDER
                                             :
ANGEL TOMAS ORTIZ,                           :
                                             :
                    Defendant.               :
----------------------------------------------------------- X

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

SO ORDERED.

Dated:    November 19, 2019
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge