UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 198 (KPF) |
| ANGEL TOMAS ORTIZ, | **SCHEDULING ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On January 10, 2020, Defendant Angel Tomas Ortiz pleaded guilty to Counts 1 and 4 of Indictment 19 Cr. 198. (*See* Minute Entry for 1/10/2020; Dkt. #40 (transcript of plea hearing)). At that time, the Court scheduled Mr. Ortiz's sentencing for May 20, 2020. Due to restrictions on access to the Courthouse and on Courthouse operations due to the ongoing COVID-19 pandemic, which restrictions are well-documented on the Court's website, the sentencing is hereby ADJOURNED to **August 20, 2020, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Defendant's sentencing submission shall be due to the Court on **August 6, 2020**; and the Government's sentencing submission shall be due to the Court on **August 13, 2020**.

SO ORDERED.

Dated: April 6, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge