UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANGEL TOMAS ORTIZ,<br><br>Defendant. | 19 Cr. 198 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Mr. Ortiz's sentencing, previously scheduled for August 20, 2020 is hereby ADJOURNED to **September 23, 2020, at 10:00 a.m.**  Mr. Ortiz's sentencing submission shall be due to **September 9, 2020**, and the Government's sentencing submission shall be due **September 16, 2020**.

SO ORDERED.

Dated: August 3, 2020
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge