UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>ANGEL TOMAS ORTIZ,<br><br>                    Defendant. | **Order of Restitution**<br><br>19 Cr. 198 (KPF) |

Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Cecilia Vogel, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One and Four of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** ANGEL TOMAS ORTIZ, the Defendant, shall pay restitution in the total amount of $185,390 to the victims of the offenses charged in Counts One and Four. The names and addresses of the victims are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:  New York, New York
            September 22, 2020

_____
UNITED STATES DISTRICT JUDGE

03.14.2019