# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 18, 2024

**Via ECF and Email**

**MEMO ENDORSED**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **United States v. Angel Tomas Ortiz**
       **19 Cr. 198 (KPF)**

Dear Judge Failla,

I write with the consent of the government to request an adjournment of Mr. Ortiz's VOSR conference date, currently scheduled for this Friday, November 22, 2024. I inadvertently agreed to schedule this conference on a date when I will be out of the country. USPO Duque, Mr. Ortiz's supervising officer, does not have any issues that need to be addressed and consents to an adjournment. The parties are generally available (with a few exceptions) the weeks of December 2 and December 16.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Mr. Ortiz
Federal Defenders of New York
(917) 890-9729

Cc:    AUSA Cecilia Vogel (via ECF)

Application GRANTED.

The Court hereby ADJOURNS the VOSR conference currently scheduled for November 22, 2024, to **December 3, 2024, at 11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 56.

Dated:    November 19, 2024          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE