UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 19 Cr. 198 (KPF) |
| ANGEL ORTIZ, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are ordered to appear for a conference on **January 16, 2025, at 2:30 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  January 13, 2025
        New York, New York

KATHERINE POLK FAILLA
United States District Judge