**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 17, 2025

**Via ECF and Email**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  **United States v. Angel Tomas Ortiz**
      **19 Cr. 198 (KPF)**

Dear Judge Failla,

  I write with the consent of the Government and the Probation Office to request a brief adjournment of Mr. Ortiz's sentencing hearing, currently scheduled for Thursday, January 30, 2025. After consultation with the Court, my understanding is that the Court has availability on February 4, 2025, at 10 am. All parties are available at that time.

  I request the adjournment because I am hoping to attend the Federal Defender and Panel Attorney District Representatives Conference the week of January 27, 2025. The conference was originally scheduled to take place in Los Angeles, CA, but was cancelled due to the wildfire emergency. Given the cancellation, I indicated to the Court that I was available for Mr. Ortiz's sentencing on January 30. Yesterday evening, at 6:42 pm, I received an email from the Chief of the Defender Services Offices notifying us that the conference had been relocated to Tampa, FL, on the same dates as originally scheduled. Prior to the cancellation of the conference, I had been asked to moderate a panel discussion about counsel at initial appearances, given our District's model CJA plan and process for assigning counsel. I am hoping to maintain that commitment and moderate the panel on January 31, 2025.

  Thank you for your consideration of this request, particularly in light of the Court's concerns about Mr. Ortiz's conduct.

Respectfully submitted,

Tamara L. Giwa
Counsel for Mr. Ortiz
Federal Defenders of New York
(917) 890-9729

Cc: AUSA Cecilia Vogel (via ECF)
     PO Tiffany Duque (via email)

```
Application GRANTED.  The sentencing hearing currently
scheduled for January 30, 2025, is ADJOURNED to February 4,
2025, at 10:00 a.m.  Any party wishing to may file a
sentencing submission on or before January 28, 2025.

The Clerk of Court is directed to terminate the pending
motion at docket entry 59.

Dated:     January 17, 2025        SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE