UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
                      Plaintiff,           :
                                           :          19cr198 (KPF)
            v.                             :
                                           :          ORDER
                                           :
ANGEL TOMAS ORTIZ,                         :
                                           :
                      Defendant.           :
                                           :
------------------------------------------------------------ X

KATHERINE POLK FAILLA, District Judge:


    It is hereby ORDERED, that the defendant, Angel Tomas Ortiz, USM #71596-018, is hereby remanded to the custody of the United States Marshal.


    SO ORDERED.

Dated:      February 4, 2025
            New York, New York

                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge